Ray T. Mullen, Esq., CSB #111852
**LAW OFFICE OF RAY T. MULLEN**
1405 Commercial Way, Suite 130
Bakersfield, California 93309-0626
Tel:          (661) 631-1531
Fax:         (661) 631-2427
E-Mail:     Ray@Raymullen.com

Attorney for Defendants:
Timothy John Hardt and Michelle Rene Hardt

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **TIMOTHY JOHN HARDT AND MICHELLE RENE HARDT** | District Court Case No.: 1:10-cv-02014-AWI |
| Debtors. | Bankruptcy Case No.: 09-62756-A-7 |
| **MARK DELL DONNE, a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES INC. 401K PLAN, individually, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and on behalf of all current participants in and beneficiaries of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, 401K PLAN; and JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California Corporation,** | Bankruptcy Adversary Case No.: 10-01091-A  **ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION** |
| | Old Date:      November 24, 2010 |
| | New Date:     December 20, 2010 |
| | Time:           1:30 p.m. |
| | Courtroom:  2 |
| | Judge:          **Hon. Anthony W. Ishii, Chief United States District Judge** |
| Plaintiff(s), | |
| vs. | |
| **TIMOTHY JOHN HARDT, an Individual; MICHELLE RENE HARDT, an individual, and DOES 1-200** | |
| Defendants. | |

Defendants: Timothy John Hardt and Michelle Rene Hardt ("Defendants"), by and through their attorney of record, having presented a Joint Stipulation to Continue

---

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING - 1**

Hearing on Plaintiffs' Motion, which has been approved and consented to by all parties, and good cause appearing therefore, it is HEREBY ORDERED that the hearing on Plaintiffs' Motion for Withdrawal of Reference and Transfer of Venue ("Motion") currently calendared for November 24, 2010, at 1:30 p.m., in Courtroom 2 of the above-entitled Court, shall be, and hereby is, continued to **December 20, 2010**, at the same time and place, as follows: **1:30 p.m**., before the Honorable **Anthony W. Ishii**, Chief United States District Judge, U.S. District Court in and for the Eastern District of California, Fresno Division, **Courtroom 2,** located at 2500 Tulare Street, Fresno, California 93721.

It is HEREBY FURTHER ORDERED that the deadline for any response to Plaintiffs' Motion shall be continued to the statutory and local rule requirement of fourteen (14) days prior to the new hearing date of December 20, 2010, with any Reply thereto due seven (7) ) days prior to the new hearing date of December 20, 2010; thus, the new date for the filing and service of any Response shall be December 6, 2010, with any Reply due December 13, 2010.

Presented on November 8, 2010

By: _____
Ray T. Mullen, Esq., Attorney for Defendants

Approved as to form and content, this 8th day of November, 2010

PRENEVOST, NORMANDIN, BERGH & DAWE, APC

By:   /Tom R. Normandin, Esq./
Tom R. Normandin, Esq., Attorney for Plaintiffs


IT IS SO ORDERED.

Dated:   November 9, 2010                _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING - 3**