UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DELL DONNE, individually, as a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and THE JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>HERBERT W. HARDT, an individual; L. DAVID BRANDON, an individual; LISA PLANK, an individual; and DOES 1-200,<br><br>    Defendants. | 1:10-CV-02014 AWI<br><br>ORDER VACATING HEARING DATE OF DECEMBER 20, 2010 AND TAKING MATTER UNDER SUBMISSION |

Defendants Herbert and Michelle Hardt filed for chapter 7 bankruptcy on January 7, 2010. Plaintiffs filed adversary proceeding against them on April 22, 2010. Plaintiffs now seek to have the adversary proceeding withdrawn from the bankruptcy court to the district court and to have the adversary proceeding transferred to the Central District of California. Doc. 1. Defendants have filed an opposition in which they agree to the withdrawal of reference but oppose the motion to transfer. Doc. 4. No reply has been received. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral

1

argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 20, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 14, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE