**PRENOVOST, NORMANDIN, BERGH & DAWE**
**A Professional Corporation**
**TOM R. NORMANDIN, SBN 102265**
**NICHOLE M. WONG, SBN 255967**
**2122 North Broadway, Suite 200**
**Santa Ana, California 92706-2614**
Phone No.:     (714) 547-2444
Fax No.:        (714) 835-2889
     **[File No. 8691.002]**
Attorneys for Journey Electrical, Inc., et al.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>TIMOTHY JOHN HARDT and MICHELLE RENE HARDT<br><br>                Debtors.<br><br>MARK DELL DONNE, a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, individually, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,<br><br>                Plaintiff(s),<br><br>v.<br><br>TIMOTHY JOHN HARDT, an individual; MICHELLE RENE HARDT, an individual, and DOES 1-200.<br><br>                Defendant(s). | District Court Case No. 10-cv-02014<br><br>Bankruptcy Case No.  09-62756-A-7<br><br>Adversary Case No.  10-01091-A<br><br>Assigned to Hon. Anthony W. Ishii<br><br>**ORDER APPROVING JOINT STIPULATION TO WITHDRAWAL OF REFERENCE OF NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER**<br><br>**(RE: MOTION FOR WITHDRAWAL OF REFERENCE AND TRANSFER OF VENUE)**<br><br>Date:  December 20, 2010<br>Time:  1:30 p.m.<br>Courtroom:  2 |

      Plaintiffs Mark Dell Donne ("Dell Donne"), an individual, the Journey Electrical Technologies, Inc. 401k Plan ("the Plan"); and Journey Electrical Technologies, Inc., ("JET"), a California corporation

1

**ORDER ON JOINT STIPULATION TO WITHDRAWAL OF REFERENCE AND NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER VENUE**
**(RE: MOTION FOR WITHDRAWAL OF REFERENCE AND TRANSFER OF VENUE)**

(collectively "Plaintiffs"), having presented a joint stipulation to withdraw reference approved by all parties to this action, and good cause therefore appearing, it is hereby ORDERED:

1. That the reference of Adversary Case No. 10-01091-A be withdrawn;
2. That this matter is assigned to the Honorable Anthony W. Ishii to be calendared for hearing in due course;
3. That the motion to transfer venue from the Eastern District Court to the Central District Court is withdrawn.

IT IS SO ORDERED.

Dated:   December 22, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE