# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TIMOTHY JOHN HARDT and<br>MICHELLE RENE HARDT<br><br>    Debtors.<br>_____<br><br>MARK DELL DONNE, individually, as a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and THE JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIMOTHY JOHN HARDT, an individual; MICHELLE RENE HARDT, and individual, and DOES 1-200,<br><br>    Defendants.<br>_____ | 1:10-CV-02014 AWI<br><br>**ORDER RE: ORDER TO SHOW CAUSE** |

    The pretrial conference in this action was set for January 23, 2013.  The parties did not file a pretrial statement.  The court issued an order to show cause why sanctions should not be imposed.  The parties have responded, explaining that they are in the process of settling the case

1

and that they inadvertently neglected to inform the court of that development.  No sanctions will be imposed.  The court awaits a formal filing disposing of this case.

IT IS SO ORDERED.

Dated:   February 12, 2013

SENIOR  DISTRICT  JUDGE