UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**TIMOTHY JOHN HARDT and MICHELLE RENE HARDT**<br><br>**Debtors.**<br><br>**MARK DELL DONNE, individually, as a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and THE JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,**<br><br>**Plaintiffs**<br><br>v.<br><br>**TIMOTHY JOHN HARDT, an individual; MICHELLE RENE HARDT, and individual, and DOES 1-200,**<br><br>**Defendants** | **CASE NO. 1:10-CV-2014 AWI JLT**<br><br>**ORDER  ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION FOR PLAINTIFFS' FAILURE TO PROSECUTE** |

On September 30, 2013, Plaintiffs' counsel filed declarations asking the court to dismiss the case without prejudice as Plaintiffs had cut off contact with counsel; despite attempts at communication, counsel have not heard from Plaintiffs in over six months. Docs. 32 and 33.  On October 1, 2013, Magistrate Judge Jennifer Thurston issued a findings and recommendations that the action be dismissed without prejudice. Doc. 34.  That document advised the parties that any

objections should be filed within fourteen days. No party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

The Findings and Recommendations filed October 1, 2013 (Doc. 34), are ADOPTED IN FULL.

Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: __October 31, 2013__   _____
                                                SENIOR DISTRICT JUDGE

2